David Bellock and Another, Respondents, v. Jacob Weitzer, Appellant.— Judgment of the Municipal Court affirmed by default, with costs. Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.

Jacob Hamburger, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground of error on the part of the trial court in admitting in evidence the judgment roll in the wife's action. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Emily D. Levy, Respondent, v. Louis Spiegel, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

William W. Penfield, Respondent, v. Julius Lewine, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Shamrock Stock Food Company, Appellant, v. Rudolph J. Lueck and William Meyers, Copartners, etc., Respondents.— Judgment of the Municipal Court affirmed by default, with costs. Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.

Staten Island Beach Land Improvement Company, Respondent, v. Dorothea Schackel, Appellant.— Final order of the Municipal Court affirmed, with costs, No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Michael Timpano, Respondent, v. Giacchino Vitolo and Maria Vitolo, Appellants.— Appeal dismissed, with costs. Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.

Traders Paper Board Company, Respondent, v. Albert Paper Box Company. Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.